IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **THE KIMBERLY STONECIPHER-FISHER REVOCABLE LIVING TRUST, KIMBERLY STONECIPHER-FISHER, TRUSTEE and AMERICAN RESORT DEVELOPMENT ASSOCIATION – RESORT OWNERS' COALITION,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**GOVERNMENT OF THE VIRGIN ISLANDS,**<br><br>    Defendant. | CIV. NO. 3:17-cv-00032 |

## DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

**COME NOW** Defendant Government of the Virgin Island, by and through undersigned counsel, and hereby moves this Honorable Court for an order dismissing Plaintiff's Complaint, in its entirety, pursuant to Fed R. Civ. P 12(b)(1) and (b)(6).

The basis for this motion is more fully set forth in the attached Memorandum in Support of Defendants' Motion to Dismiss, to which the Court is respectfully referred.

Respectfully Submitted,

CLAUDE E. WALKER
ATTORNEY GENERAL

Dated: January 17, 2018

By: /s/ Hugh A. Greentree
HUGH A. GREENTREE
ASSISTANT ATTORNEY GENERAL
V.I. Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, U.S.V.I. 00802
Tel: (340) 774-5666
hugh.greentree@doj.vi.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Chad C. Messier
>Dudley, Topper & Feuerzeig, LLP
>1000 Frederiksberg Gade
>P.O. Box 756
>St. Thomas, Virgin Islands 00804
>Telephone: 340-774-4422
>Fax: 340-715-4400
>Email: CMessier@dtflaw.com
>
>Kevin Johnson
>Baker Hostetler LLP
>12th Floor
>Cira Centre 2929 Arch Street
>Phildelphia, PA 19104
>Telephone: 215-564-2728
>Fax: 215-568-3439
>kjohnson@bakerlaw.com

BY: /s/Hugh A. Greentree