**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| THE KIMBERLY STONECIPHER-FISHER REVOCABLE LIVING TRUST, KIMBERLY STONECIPHER-FISHER TRUSTEE, AMERICAN RESORT DEVELOPMENT ASSOCIATION- RESORT OWNERS' COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS,<br><br>Defendant. | Civil No. 2017-32 |

## ORDER

This matter is before the Court on plaintiffs' motion to consolidate this case with Civil No. 2017-33, *Great Bay Condominium Owners Association, et. al. v. Government of the Virgin Islands*. [ECF 110]. Plaintiffs represent that the parties in the *Great Bay* matter do not oppose consolidation, but the motion does not appear to have been filed on the *Great Bay* plaintiffs.

The premises considered, is hereby ORDERED that the plaintiff shall serve the motion to consolidate on the parties in *Great Bay* no later than December 11, 2018. The parties in *Great Bay* may file a response to the motion no later than December 13, 2018. In the absence of a written objection, the Court may consolidate these cases and will address all remaining deadlines with all parties.

**Dated:** December 7, 2018    S\_____
**RUTH MILLER**
United States Magistrate Judge